IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IAN LEONARD CLARK, | Case No. 3:25-cv-00304-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| TINA KOTEK, | |
| Defendant. | |

**NELSON, U.S. District Judge.**

On February 24, 2025, Plaintiff Ian Leonard Clark ("Clark") filed a complaint against Governor Tina Kotek ("Governor Kotek") in her official capacity as Oregon's governor, alleging that Oregon Rules of Appellate Procedure ("ORAPs") 6.05(3) and 6.10(4) are facially unconstitutional. (*See generally* Compl., ECF No. 1.) The Court granted Clark's motion to proceed in forma pauperis. (ECF Nos. 4, 7.)

On February 28, 2025, the Court ordered Clark to show cause in writing why the Court should not summarily dismiss his complaint as moot and barred by the Eleventh Amendment. (ECF No. 7.) Clark filed a response, which the Court interprets as a request voluntarily to dismiss this case without prejudice. (Pl.'s Resp. Order Show Cause ("Pl.'s Resp.") at 2, "Plaintiff

PAGE 1 – ORDER OF DISMISSAL

agrees that Judge Beckerman can take her Order [to show cause] and use it as she has indicated.", ECF. 13.[1])

Accordingly, the Court DISMISSES this case without prejudice and denies all pending motions as moot.

**IT IS SO ORDERED.**

DATED this  27   day of March, 2025.

Adrienne Nelson
United States District Judge

---

[1] Clark includes in his response a reference to "further declaratory relief from the Court" relating to "the unresolved issue of ORS 14.270." (Pl.'s Resp. at 2.) Clark did not include in his complaint any allegations relating to OR. REV. STAT. § 14.270. (*See generally* Compl.) Clark appears to have challenged the constitutionality of OR. REV. STAT. § 14.270 in a separate, now-dismissed case in this district. *See* Judgment, *Clark v. Kotek*, 3:24-cv-01750-JR (D. Or. filed Jan. 8, 2025) (dismissing with prejudice Clark's constitutional challenge to OR. REV. STAT. § 14.270).